## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FREDERICK RIDDLE,

        Defendant,

_____/

CIVIL ACTION NO.: 14-10151

HONORABLE: George Caram Steeh

### ORDER FOR ALTERNATE SERVICE

After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant FREDERICK RIDDLE cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following method(s):

a. ☑     First class mail to 2121 Bonbright St., Flint, MI 48505.

b. ☑     Certified Mail, Return Receipt Requested.

c. ☑     Tacking or firmly affixing to the door at 2121 Bonbright St., Flint, MI 48505.

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the court.

George Caram Steeh
United States District Judge

Dated: March 11, 2014